**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**JAMES E. CAMPBELL**                                                                    **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 1:24-CV-00003-LLK** *(E-FILED)*

**MARTIN O'MALLEY, COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

**<u>ORDER</u>**

The Defendant having filed a Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), due notice having been given, and the Court being advised in the premises:

1.    The parties' Joint Motion for Remand for Further Proceedings, Pursuant to Sentence Four of 42 U.S.C. § 405(g), is GRANTED.

2.    This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g), with remand of the cause to the Commissioner for further administrative proceedings.

3.    Upon remand, the Commissioner will further evaluate the administrative record to determine whether Plaintiff is under a disability as defined by the Social Security Act for the time period at issue and issue another decision.

May 29, 2024

**Lanny King, Magistrate Judge**
**United States District Court**

TENDERED BY:

Susana Ochoa
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD  21235
susana.ochoa@ssa.gov